**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

FRANCISCO HARRISON-IBARRA,

Defendant - Appellant.

No. 11-10062

D.C. No. 4:10-cr-00490-FRZ

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

Submitted October 25, 2011[**]

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

Francisco Harrison-Ibarra appeals from the 30-month sentence imposed

following his guilty-plea conviction for re-entry after deportation, in violation of 8

U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

Harrison-Ibarra contends that the district court failed to consider his policy-based objections to the 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii), and that his sentence is substantively unreasonable. The district court did not procedurally err and Harrison-Ibarra's sentence, 16 months below the bottom of the Guidelines range, is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *United States v. Valencia-Barragan*, 608 F.3d 1103, 1108-09 (9th Cir. 2010) (affirming application of a 16-level enhancement based on a prior conviction for a crime of violence).

**AFFIRMED.**